JS 44 (Rev. 04/21) FLSD Revised 12/02/2022

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
REBECCA RAPPS

## DEFENDANTS
NORDSTROM, INC. d/b/a NORDSTROM and NORDSTROM RACK

**(b)** County of Residence of First Listed Plaintiff: Miami-Dade
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: King
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Bryson Harris Suciu & DeMay, PLLC, 3833 Central Ave., St. Petersburg, FL 33713, 865-247-0080

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ■ MIAMI-DADE □ MONROE □ BROWARD □ PALM BEACH □ MARTIN □ ST. LUCIE □ INDIAN RIVER □ OKEECHOBEE □ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- □ 1 U.S. Government Plaintiff
- □ 2 U.S. Government Defendant
- □ 3 Federal Question (U.S. Government Not a Party)
- ■ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | □ 1 | Incorporated or Principal Place of Business In This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business In Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| □ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 422 Appeal 28 USC 158 | □ 375 False Claims Act |
| □ 120 Marine | □ 310 Airplane / □ 365 Personal Injury - Product Liability | □ 690 Other | □ 423 Withdrawal 28 USC 157 | □ 376 Qui Tam (31 USC 3729(a)) |
| □ 130 Miller Act | □ 315 Airplane Product Liability / □ 367 Health Care/Pharmaceutical Personal Injury Product Liability | | | □ 400 State Reapportionment |
| □ 140 Negotiable Instrument | □ 320 Assault, Libel & Slander | | **INTELLECTUAL PROPERTY RIGHTS** | □ 410 Antitrust |
| □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 330 Federal Employers' Liability | | □ 820 Copyrights | □ 430 Banks and Banking |
| □ 151 Medicare Act | | | □ 830 Patent | □ 450 Commerce |
| □ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | □ 368 Asbestos Personal Injury Product Liability | | □ 835 Patent – Abbreviated New Drug Application | □ 460 Deportation |
| | □ 340 Marine | | □ 840 Trademark | □ 470 Racketeer Influenced and Corrupt Organizations |
| | | | □ 880 Defend Trade Secrets Act of 2016 | □ 480 Consumer Credit (15 USC 1681 or 1692) |
| □ 153 Recovery of Overpayment of Veteran's Benefits | □ 345 Marine Product Liability | **LABOR** | **SOCIAL SECURITY** | □ 485 Telephone Consumer Protection Act (TCPA) |
| □ 160 Stockholders' Suits | □ 350 Motor Vehicle / **PERSONAL PROPERTY** | □ 710 Fair Labor Standards Acts | □ 861 HIA (1395ff) | □ 490 Cable/Sat TV |
| □ 190 Other Contract | □ 355 Motor Vehicle Product Liability / ■ 370 Other Fraud | □ 720 Labor/Mgmt. Relations | □ 862 Black Lung (923) | □ 850 Securities/Commodities/Exchange |
| □ 195 Contract Product Liability | □ 360 Other Personal Injury / □ 371 Truth in Lending | □ 740 Railway Labor Act | □ 863 DIWC/DIWW (405(g)) | □ 890 Other Statutory Actions |
| □ 196 Franchise | □ 362 Personal Injury - Med. Malpractice / □ 380 Other Personal Property Damage | □ 751 Family and Medical Leave Act | □ 864 SSID Title XVI | □ 891 Agricultural Acts |
| | □ 385 Property Damage Product Liability | □ 790 Other Labor Litigation | □ 865 RSI (405(g)) | □ 893 Environmental Matters |
| | | □ 791 Employee Retirement Income Security Act | | □ 895 Freedom of Information Act |
| | | | | □ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | □ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| □ 210 Land Condemnation | □ 440 Other Civil Rights / **Habeas Corpus:** | | □ 870 Taxes (U.S. Plaintiff or Defendant) | |
| □ 220 Foreclosure | □ 441 Voting / □ 463 Alien Detainee | | □ 871 IRS—Third Party 26 USC 7609 | □ 950 Constitutionality of State Statutes |
| □ 230 Rent Lease & Ejectment | □ 442 Employment / □ 510 Motions to Vacate Sentence | | | |
| □ 240 Torts to Land | □ 443 Housing/ Accommodations | | | |
| □ 245 Tort Product Liability | □ 445 Amer. w/Disabilities - Employment / □ 530 General | | | |
| □ 290 All Other Real Property | □ 446 Amer. w/Disabilities - Other / □ 535 Death Penalty | **IMMIGRATION** | | |
| | | **Other:** | | |
| | | □ 540 Mandamus & Other / □ 462 Naturalization Application | | |
| | □ 448 Education / □ 550 Civil Rights / □ 465 Other Immigration Actions | | | |
| | □ 555 Prison Condition | | | |
| | □ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ■ 1 Original Proceeding
- □ 2 Removed from State Court
- □ 3 Re-filed (See VI below)
- □ 4 Reinstated or Reopened
- □ 5 Transferred from another district (specify)
- □ 6 Multidistrict Litigation Transfer
- □ 7 Appeal to District Judge from Magistrate Judgment
- □ 8 Multidistrict Litigation – Direct File
- □ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case □YES ■NO    b) Related Cases □YES ■NO
JUDGE: _____    DOCKET NUMBER: _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(d)(2)
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
■ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $ 5000000    CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes  □ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

DATE: October 9, 2025

SIGNATURE OF ATTORNEY OF RECORD: /s/ Jonathan B. Cohen

**FOR OFFICE USE ONLY : RECEIPT #_____  AMOUNT_____  IFP_____  JUDGE_____  MAG JUDGE_____**

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**  (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence**. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked. Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**  **Nature of Suit**. Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin**. Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

Remanded from Appellate Court. (8) Check this box if remanded from Appellate Court.

**VI.**  **Related/Refiled Cases**. This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

**VII.**  **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
   Brief Description: Unauthorized reception of cable service

**VIII.**  **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**Date and Attorney Signature**. Date and sign the civil cover sheet.