# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24667-CIV-RUIZ

REBECCA RAPPS, individually
and all others similarly situated,

      Plaintiff,

v.

NORDSTROM, INC.,

      Defendant.

_____/

## DECLARATION OF JULIE BLUME

I, Julie Blume, declare as follows:

1.     I am a GL Examiner, Principal for Nordstrom, Inc. ("Nordstrom"), a party in the above-entitled action. I make this declaration based on my personal knowledge, my review of the records available to me as they are kept in the ordinary course of Nordstrom's business, information obtained from other employees upon whom I regularly rely in the ordinary course of Nordstrom's business, and my knowledge of Nordstrom's practices as outline below, all of which is known by me to be true and correct. If called as a witness, I could and would competently testify as follows.

2.     A true and correct copy of Nordstrom's Terms & Conditions ("Terms & Conditions"), which were last updated on July 1, 2025, is attached hereto as **Exhibit 1**. The Terms & Conditions can also be found on Nordstrom's website at:

https://www.nordstrom.com/browse/customer-service/policy/terms-conditions.

3.     When a customer creates or signs into their account on Nordstrom's website, they are notified that "By selecting **Next**, you agree to our Privacy Policy and Terms & Conditions." The Privacy Policy and Terms & Conditions are both hyperlinked and in blue font, and appear immediately above the "Next" button that the customer must click on in order to sign in to their account. A true and correct copy of an exemplar screenshot of what the Nordstrom.com sign in page looks like today is attached hereto as **Exhibit 2**. The Nordstrom.com sign-in page, at least insofar as it relates to the "Next" button and the agreement language above it, has appeared the same as it does today since at least September 26, 2024. This can be confirmed by the Internet Archive Wayback Machine at:

https://web.archive.org/web/20240926134518/https://www.nordstrom.com/signin/.

4.     Regardless of whether a customer signs in to their account, customers are also required to confirm their agreement to Nordstrom's Terms & Conditions as part of the Nordstrom.com "checkout flow" process. When customers make a purchase on Nordstrom.com, they are first required to entire their shipping and payment information. As the last step to complete a purchase, a customer is required to click a "Place Order" button. Immediately above the Place Order button, customers are notified that "By placing this order, you agree to our Privacy Policy, Shipping Policy and Terms & Conditions." The Privacy Policy, Shipping Policy, and Terms & Conditions are all hyperlinked and in blue font. A true and correct copy of an exemplar screenshot of what the Nordstrom.com purchase check-out page looks like (after excluding the shipping address, contact information, and payment information) is attached hereto as **Exhibit 3**.

Docusign Envelope ID: FB79C762-13A0-4765-84F4-E1DE2B0555E8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of November, 2025, at Seattle, Washington.

Signed by:

*Julie Blume*

479F03E66A48430...

Julie Blume

#530097814_v1

# EXHIBIT 1

**Black Friday Deals are here!** Up to 60% off select styles through November 28. Sale

🔍 Search for products or brands



Home / Customer Service / Nordstrom Policies / Terms & Conditions

**Terms & Conditions**

Nordstrom
Marketplace Terms
& Conditions

# Terms & Conditions

Last Updated: July 1, 2025

Please review the following terms and conditions ("**Terms**") that govern your use of and purchase of products from (collectively, "**Use**") Nordstrom.com and any Nordstrom brand mobile applications (collectively, our "**Site**"). The Site is provided by Nordstrom, Inc. ("**Nordstrom**"). By creating an Account or otherwise accessing or using the Site, you acknowledge and agree to follow and be bound by these Terms. By purchasing a product from the Nordstrom Marketplace, you agree to the Nordstrom Marketplace Terms & Conditions. The Nordstrom Marketplace Terms & Conditions are incorporated into these Terms, and any reference to these Terms includes the Nordstrom Marketplace Terms & Conditions.

THESE TERMS INCLUDE A DISPUTE RESOLUTION SECTION THAT INCLUDES AN ARBITRATION AGREEMENT, A CLASS ACTION WAIVER, AND A JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION THERE IS LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT. DETAILS ARE SET FORTH IN SECTION 16, BELOW. PLEASE REVIEW CAREFULLY.

### 1. Eligibility

You must be at least 13 years old to Use the Site. If you are under the age of majority in your state of residence (a minor), your parent or legal guardian must agree to these Terms on your behalf, and you may only access and Use the Site with permission from your parent or legal guardian. By using the Site, you represent and warrant that: (a) all information you submit during Account registration is truthful and accurate; (b) you will maintain the accuracy of such information; and (c) your Use of the Site does not violate any applicable law or regulation. Your profile and Account may be terminated and deleted without warning if we believe that you are under 13 years of age, if we believe that you are under 18 years of age and you represent yourself as 18 or older, or if we believe you are over 18 and represent yourself as under 18.

### 2. Accounts & Registration

You must set up a user account to use certain features of the Site ("**Account**"), such as when you register for a shopping account and participate in services including Wish List, Product Reviews, and Nordstrom Social. You will need to provide a password, username, and other information such as your name and email address. You are solely responsible for keeping your Account information confidential. You may not transfer, sell, assign, or sublicense your Account to any third party without our prior written approval. You are solely responsible for all usage or activity on the Site that occurs under your Account, including, but not limited to, Use of the Site by any person who uses your Account, with or without authorization. You agree to notify Nordstrom customer service immediately of any unauthorized use or any other breach of security on your Account. Nordstrom will not be liable for losses incurred as a result of an unauthorized use of a password or account. Personal information submitted through the Site is governed according to Nordstrom's Privacy Policy.

### 3. Shipping, Processing & In-Store Pickup

For information about our shipping and other delivery options and policies, please visit our Pickup and



Delivery page.

**4. Merchandise Availability**

Merchandise availability on our Site is not guaranteed as it may be low in stock. If merchandise is not available by the time your order processes, we will notify you of this via email. You can always verify availability by calling Customer Service at 1.888.282.6060 or by joining us in Chat. You will receive a shipping confirmation email once your items have shipped.

**5. Product Information**

The prices displayed on our Site may differ from prices that are available in stores. Our pricing may also differ from store to store and between different Nordstrom brands (that is, Nordstrom, Nordstrom Rack, and any other Nordstrom brands). Nordstrom products displayed on the Site may be available in selected Nordstrom stores in the United States. The prices displayed on the Site are quoted in U.S. dollars, unless otherwise indicated.

Please note that while we have tried to accurately display the colors of products, the actual colors you see will depend on your monitor or mobile device and may not be accurate. Additionally, from time to time there may be information on our Site that contains typographical errors, inaccuracies, or omissions that may relate to product descriptions, pricing, and/or availability. As a result, we do not guarantee the accuracy or completeness of any information on the Site, including prices, product images, specifications, and/or availability. Nordstrom reserves the right to correct any errors, inaccuracies, or omissions and to change or update information at any time without prior notice (including after you have submitted your order). If you do not wish to continue your purchase after pricing or other information has been corrected, please contact us right away.

**6. Transactions**

We reserve the right to refuse or cancel any order you place on the Site, including for pricing errors, as set forth in our Pricing Policy. We reserve the right to limit quantities on orders placed by the same Account, on orders placed by the same method of payment, and on orders that use the same billing or shipping address. We reserve the right to, in our sole discretion, prohibit purchases of any products to resellers, dealers, and distributors.

If you wish to purchase any product or service made available through the Site, you may be asked to supply certain information relevant to your transaction including, without limitation, information about your method of payment (such as your payment card number and expiration date), your billing address, and your shipping information. YOU REPRESENT AND WARRANT THAT YOU HAVE THE LEGAL RIGHT TO USE ANY PAYMENT CARDS OR OTHER PAYMENT METHODS UTILIZED IN CONNECTION WITH ANY TRANSACTION. By submitting such information, you grant to us the right to provide such information to third parties for purposes of facilitating the transactions initiated by you or on your behalf.

You agree to pay all charges that may be incurred by you or on your behalf through the Site, at the prices in effect when such charges are incurred including, without limitation, all shipping and handling charges, and you authorize us to charge all sums for the orders that you make to the payment method specified at the time. In addition, you remain responsible for any taxes that may be applicable to your transactions. You authorize us to charge all applicable amounts for the orders that you make to the payment method specified at the time of purchase.

**7. Site Contents**

The visual interfaces, graphics, design, photographs, videos, audio, information, data, computer code, materials, and content of the Site, the Site as a whole, and all other elements of the Site (collectively, "**Contents**") are protected by copyright, trademark, trade dress, patent, or other intellectual property rights. All Contents are owned, controlled, or licensed by Nordstrom or its subsidiaries and affiliates. Any use of the Contents without Nordstrom's express written consent is strictly prohibited. Nordstrom reserves all rights to the Contents not granted expressly in these Terms. Any material downloaded or otherwise obtained through the Use of the Site is done at your own discretion and risk and you will be solely responsible for any damage to your computer system or other device or loss of data that results from the download of any such material.

Nordstrom grants you a limited license to access and Use the Site and the Content solely for your personal, noncommercial Use. Music may not be copied except only as necessary to access the Site. You may copy other Contents displayed on the Site for your personal, noncommercial Use only. No right, title, or interest in any Contents is granted or transferred to you as a result of any such copying. Except as noted above, you may not reproduce, publish, transmit, distribute, display, modify, create derivative works from, sell or participate in any sale of, or exploit in any way, any of the Contents or the Site. Unauthorized use of the Contents is expressly prohibited by law, and may result in severe civil and criminal penalties.

### 8. Comments, Feedback & Other Submissions

We welcome your comments and feedback regarding our Site, our products and our services. We do not, however, accept confidential or proprietary information. Accordingly, all comments, feedback, ideas, suggestions, materials, information, and other submissions disclosed, submitted or offered to Nordstrom using this Site or otherwise (collectively, "**Comments**") are not confidential. You hereby grant us an unrestricted, perpetual, irrevocable, non-exclusive, fully paid, royalty-free right to exploit the Comments in any manner and for any purpose, including to improve the Site and create other products and services.

### 9. Privacy

Any personal information that you provide to Nordstrom is subject to our Privacy Policy. Please review the Privacy Policy for more information about how we collect and use personal information.

### 10. User Content

Certain features of the Site may permit users to upload, submit, and post content to the Site, including messages, reviews, photos, video, images, folders, data, text, and other types of works ("**User Content**") and to publish User Content on the Site. Nordstrom uses a variety of third-party social media websites, communication services, and media channels such as Facebook, Twitter, and Instagram (collectively, "**Social Media Assets**") to communicate and interact with our customers. Any content or materials submitted or posted to these Social Media Assets will be considered User Content. You are solely responsible for your User Content and the consequences of providing User Content via the Site or Social Media Assets. You retain any copyright and other proprietary rights that you may hold in the User Content that you post to the Site.

Nordstrom does not endorse, support, sanction, encourage, verify, or agree with the comments, opinions, or statements posted on forums, blogs, or otherwise contained in the Site and expressly disclaims any and all liability in connection with User Content submissions. Nordstrom disclaims any and all liability in connection with User Content, and you agree that Nordstrom and its third-party service providers are not responsible, and shall have no liability to you, with respect to any User Content.

If you are a Nordstrom employee and submit a review as part of your User Content, you must disclose your employment status within that review.

By providing User Content via the Site or Social Media Assets, you affirm, represent, and warrant that:

a) you are the creator and owner of the User Content, or have the necessary licenses, rights, consents, and permissions to authorize Nordstrom and users of the Site to use and distribute your User Content as necessary to exercise the licenses granted by you in these Terms, in the manner contemplated by Nordstrom, the Site, and these Terms;

b) your User Content, and the use of your User Content as contemplated by these Terms, does not and will not: (i) infringe, violate, or misappropriate any third-party right, including any copyright, trademark, patent, trade secret, moral right, privacy right, right of publicity, or any other intellectual property or proprietary right; (ii) slander, defame, libel, or invade the right of privacy, publicity or other property rights of any other person; or (iii) cause Nordstrom to violate any law or regulation or otherwise cause liability for Nordstrom;

c) if you are a Nordstrom employee, that you have disclosed this fact in any review you have submitted; and

d) your User Content could not be deemed by a reasonable person to be objectionable, profane, indecent, pornographic, harassing, threatening, embarrassing, hateful, or otherwise inappropriate

**11. License to Your Content**

By posting, displaying, uploading, or providing User Content to the Site or Social Media Assets, you hereby grant Nordstrom a perpetual, irrevocable, royalty-free, sublicensable, worldwide license to use, copy, distribute, reproduce, modify, adapt, publish, translate, transmit, disclose, publicly perform, and publicly display the User Content (in whole or in part) and to incorporate such User Content into other works in any format or medium now known or later developed for any and all commercial or non-commercial purposes. By providing User Content to or via the Site to other users of the Site, you grant those users a non-exclusive license to access and use that User Content as permitted by these Terms and the functionality of the Site.

**12. Sole Discretion to Edit or Screen Content**

Nordstrom does not and cannot review or screen all User Content and is not in any manner responsible for the content of User Content. You acknowledge that by providing you with the ability to view and distribute User Content on the Site, Nordstrom is merely acting as a passive conduit for such distribution and is not undertaking any obligation or liability relating to any contents or activities on the Site. Nordstrom reserves the right, but undertakes no duty, to at any time and without prior notice review, screen, remove, edit, move, delete, or block any User Content, in its sole discretion, without notice. If at any time Nordstrom chooses, in its sole discretion, to monitor the Site, Nordstrom nonetheless assumes no responsibility for User Content, no obligation to modify or remove any inappropriate User Content, and no responsibility for the conduct of the user submitting any such User Content.

**13. Acceptable Use**

You are responsible for your Use of the Site. Our goal is to create a positive, useful, and safe user experience. To promote this goal, we prohibit certain kinds of conduct that may be harmful to other users or to us. When you Use the Site, you may not:

- violate any law or regulation;
- violate, infringe, or misappropriate other people's intellectual property, privacy, publicity, or other legal rights;
- post or share anything that is illegal, abusive, harassing, pornographic, indecent, profane, obscene, hateful, racist, or otherwise objectionable;
- submit, send, post, upload, or otherwise make available unsolicited or unauthorized advertising or commercial communications, such as spam, advertising, promotional materials, junk mail, chain letters, or any other form of solicitation;
- advertise to, or solicit, any user to buy or sell any products or services, or use any information obtained from the Site to contact, advertise to, solicit, or sell to any user without their prior explicit consent;
- submit any content linking to multilevel marketing schemes, pyramid schemes, or off-topic content;
- engage in spidering or harvesting, or participate in the use of software, including spyware, designed to collect data from the Site;
- alter or tamper with any Contents, information, or materials on or associated with the Site;
- transmit any viruses, malicious code, or other computer instructions or technological means whose purpose is to disrupt, damage, or interfere with the use of computers or related systems;
- post or transmit, or cause to be posted or transmitted, any communication or solicitation designed or intended to obtain password, account, or any other personally identifiable or private information from any user;
- disrupt, overwhelm, attack, modify or interfere with the Site or its associated software, hardware, or servers in any way;
- take any action that imposes, or may impose in our sole discretion, an unreasonable or disproportionately large load on our infrastructure;
- impede or interfere with others' Use of the Site;
- abuse, defame, threaten, intimidate, stalk, harass, or harm another individual;
- impersonate any person or entity or perform any other similar fraudulent activity, such as phishing
- use any robots, spiders, scrapers, or any automated means to access the Site for any purpose;
- use any means to scrape or crawl any web pages contained on the Site;
- attempt to circumvent any technological measure implemented by us or any of our providers or any other third party (including another user) to protect or restrict access to the Site;
- attempt to frustrate the purpose of the Site or these Terms; or
- advocate, encourage, or assist any third party in doing any of the foregoing.

**14. Copyright Infringement Policy/DMCA**

We respond to notices of alleged copyright infringement and terminate accounts of repeat infringers according to the process set out in the U.S. Digital Millennium Copyright Act (DMCA). If you believe that your work has been copied or used on the Site in a way that constitutes copyright infringement, please send the following information to the Copyright Agent named below:

- Your address, telephone number, and email address.
- A description of the copyrighted work that you claim has been infringed.
- A description of where the alleged infringing material is located on the Site.
- A statement by you that you have a good faith belief that the disputed use is not authorized by you, the copyright owner, its agent, or the law.
- An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest.
- A statement by you, made under penalty of perjury, that the above information is accurate and that you are the copyright owner or authorized to act on behalf of the copyright owner.
- The contact information for Nordstrom's Copyright Agent is as follows:

Copyright Agent
Nordstrom, Inc.
1617 Sixth Avenue, Suite 1000
Seattle, WA 98101
Email: OCILLA@nordstrom.com

For clarity, only copyright infringement notices should go to our Copyright Agent. You acknowledge that if you fail to comply with all of the requirements of this section, your notice may not be valid.

Nordstrom may at its discretion suspend or terminate the access of and take other action against users, subscribers, registrants, and account holders who infringe the copyright rights of others.

**15. Disclaimer, Limitation of Liability & Indemnity**

THIS SITE, ALL CONTENTS, AND ALL PRODUCTS AND SERVICES MADE AVAILABLE THROUGH THE SITE ARE PROVIDED ON AN "AS IS" BASIS. NORDSTROM DISCLAIMS ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. NORDSTROM DOES NOT WARRANT THAT YOUR USE OF THIS SITE WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT THIS SITE OR ITS SERVER ARE FREE OF VIRUSES OR OTHER HARMFUL ELEMENTS. ALTHOUGH NORDSTROM ENDEAVORS TO PROVIDE ACCURATE INFORMATION, IT DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE ACCURACY OR RELIABILITY OF INFORMATION ON THIS SITE.

YOUR USE OF THE SITE IS AT YOUR OWN RISK. NEITHER NORDSTROM NOR ITS AFFILIATED OR RELATED ENTITIES OR ITS VENDORS OR CONTENT PROVIDERS SHALL BE LIABLE TO ANY PERSON OR ENTITY FOR ANY DIRECT OR INDIRECT LOSS, DAMAGE (WHETHER ACTUAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR OTHERWISE), INJURY, CLAIM, OR LIABILITY OF ANY KIND OR CHARACTER WHATSOEVER BASED UPON OR RESULTING FROM YOUR USE OR INABILITY TO USE THIS SITE, ANY INFORMATION OR MATERIALS PROVIDED ON THE SITE, OR ANY PRODUCTS PURCHASED THROUGH THE SITE.

NORDSTROM IS NOT LIABLE FOR ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF ANY USER. IF YOU ARE DISSATISFIED WITH THE SITE OR ANY MATERIALS ON THE SITE, OR WITH ANY OF NORDSTROM'S TERMS, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USING THE SITE.

YOU AGREE TO INDEMNIFY, DEFEND AND HOLD HARMLESS NORDSTROM AND ITS AFFILIATES, AND THEIR RESPECTIVE SHAREHOLDERS, OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, DISTRIBUTORS, VENDORS AND AFFILIATES FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, LIABILITIES, COSTS OR EXPENSES, INCLUDING REASONABLE ATTORNEYS' FEES, RESULTING OR ARISING OUT OF YOUR BREACH OF THESE TERMS OR ANY ACTIVITY RELATED TO YOUR ACCOUNT (INCLUDING NEGLIGENT OR WRONGFUL CONDUCT).

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, NOTICE OF ANY CLAIM MUST BE PROVIDED TO NORDSTROM WITHIN TWELVE (12) MONTHS OF ITS ACCRUAL OR YOU AGREE

THAT IT IS FOREVER WAIVED AND TIME-BARRED.

If any part of these warranty disclaimers or limitations of liability is found to be invalid or unenforceable for any reason or if we are otherwise found to be liable to you in any manner, then our aggregate liability for all claims under such circumstances shall not exceed the amount paid by you to Nordstrom through the Site during the prior twelve (12) months.

Some jurisdictions do not allow the exclusion of certain warranties or the limitation or exclusion of liability for damages. Accordingly, some of the above indemnities, limitations, and disclaimers may not apply to you. To the extent we may not, as a matter of applicable law, disclaim any warranty or limit our liability, the scope and duration of such warranty and the extent of our liability will be the minimum permitted under such law.

### 16. Dispute Resolution (Including Arbitration Agreement; Class Action Waiver; Jury Trial Waiver)

Our Customer Service Specialists are ready to assist you and address your concerns—email contact@nordstrom.com or call 1.888.282.6060, 24 hours a day.

For purposes of this Section 16 (Dispute Resolution), "Nordstrom," "we," and "our" shall include Nordstrom, Inc. and its past, present, and future subsidiaries, parents, affiliates, agents, employees, officers, directors, predecessors in interest, successors, representatives, and assigns.

THIS SECTION LIMITS CERTAIN RIGHTS, INCLUDING THE RIGHT TO MAINTAIN A COURT ACTION, THE RIGHT TO A JURY TRIAL, THE RIGHT TO PARTICIPATE IN ANY FORM OF CLASS, COLLECTIVE, OR REPRESENTATIVE CLAIM OR ACTION IN ARBITRATION AND LITIGATION, AND THE RIGHT TO CERTAIN REMEDIES AND FORMS OF RELIEF. OTHER RIGHTS THAT YOU OR NORDSTROM WOULD HAVE IN COURT, SUCH AS APPELLATE REVIEW, ALSO MAY NOT BE AVAILABLE IN ARBITRATION.

**Arbitration Agreement**

- **Binding Individual Arbitration.** Any claim, controversy, or dispute arising out of or relating to these Terms, your access or Use of our Site or any products or Services offered by or purchased from Nordstrom through our Site or store, or any aspect of your relationship with Nordstrom, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory, ("Dispute") will be resolved through binding individual arbitration as set forth in this Mandatory Dispute Resolution Section, except (a) either you or Nordstrom may initiate a Dispute in or take a Dispute to small claims court so long as it isn't removed or appealed to a court of general jurisdiction and (b) as otherwise expressly provided herein. Whether a Dispute falls within the jurisdictional limits of small claims court is for the small claims court to decide in the first instance and otherwise for a court of competent jurisdiction to decide.

  Dispute will be given the broadest possible meaning permitted by law. It includes, but is not limited to: (a) any dispute or claim that arose before the existence of these or any prior Terms (including, but not limited to, claims relating to advertising); (b) any dispute or claim that is currently the subject of a purported class action litigation in which you are not a member of a certified class; and (c) any dispute or claim that may arise after termination of these Terms and our relationship with you. Dispute, however, does not include disagreements or claims concerning patents, copyrights, trademarks, trade secrets, or other intellectual property, and claims of piracy or unauthorized use of intellectual property.

  The arbitrator shall decide all issues except the following (which are for a court of competent jurisdiction to decide): (a) issues that are reserved for a court in these Terms; (b) issues that relate to the scope, validity, and enforceability of the arbitration agreement, class action waiver, or any of the provisions of this Dispute Resolution section; and (c) issues that relate to the arbitrability of any Dispute. A court of competent jurisdiction shall have the limited and non-exclusive authority to decide if a Dispute is time-barred under contractual or statutory limitations periods or that the filing of a demand for arbitration has been authorized by the claimant. These Terms and its arbitration agreement do not prevent you from bringing a Dispute to the attention of any government agency. You and Nordstrom agree that these Terms evidence a transaction in interstate commerce and that this arbitration agreement will be interpreted and enforced in accordance with the Federal Arbitration Act and U.S. federal arbitration law and not state arbitration law.

- **Mandatory Informal Dispute Resolution Process.** If you and Nordstrom have a Dispute, you and Nordstrom agree to make a good faith effort to informally resolve it. The party initiating the Dispute must send a written notice to the other party that describes the Dispute. The notice must include all of

this information: (a) the initiating party's contact information (including name, address, telephone number, and email address) (with their counsel's contact information, if represented); (b) sufficient information to enable the other party to identify any transaction(s) and account(s) at issue (including receipts and product and purchase details if applicable to the Dispute); and (c) a detailed description of (1) the Dispute, (2) the nature and basis of the claims, and (3) the nature and basis of the relief sought, with a detailed calculation for such relief. The notice must be personally signed by the party initiating the Dispute (and their counsel, if represented).

If you have a Dispute with us, you must send this notice, including all of the information referenced above, by email to: corporatesecretary@nordstrom.com or by mail to: Nordstrom, Inc., Attn: General Counsel and Corporate Secretary, 1617 6th Avenue, Seattle, WA 98101. If we have a Dispute with you, we will send this notice, including all of the information referenced above, to you at the most recent contact information we have on file for you.

For a period of sixty (60) days from receipt of a completed notice (which can be extended by agreement of the parties), you and we (and counsel, if you and we are represented) agree to negotiate in good faith in an effort to informally resolve the Dispute. To this end, the party receiving the notice may request a telephone settlement conference to aid in the resolution of the Dispute. If such a conference is requested, you and a Nordstrom representative will personally attend (with counsel, if you and we are represented). The conference will be scheduled for a mutually convenient time, which may be outside of the 60-day period.

If the Dispute is not resolved within sixty (60) days after receipt of a completed notice (which period can be extended by agreement of the parties), you or Nordstrom may commence a formal dispute resolution proceeding consistent with the process set forth below. **Compliance with and completion of this Mandatory Informal Dispute Resolution Process ("Process") is a condition precedent to you or Nordstrom commencing any formal dispute resolution proceeding in arbitration or small claims court. All applicable limitations periods (including statutes of limitations) will be tolled from the date of receipt of a completed notice through the conclusion of this Process.** If the sufficiency of a notice or compliance with this Process is at issue, such issue may be raised with and decided by a court at either party's election, and any formal dispute resolution proceeding shall be stayed pending resolution of the issue. A court of competent jurisdiction shall have the authority to enforce this condition precedent to arbitration, which includes the power to enjoin the filing or prosecution of a demand for arbitration. Nothing in this section limits the right of a party to raise the sufficiency of a notice or compliance with this Process or to seek damages for non-compliance with this Process in arbitration, including with a Process Arbitrator. You or we may commence arbitration only if the Dispute is not resolved through compliance with this Process.

- **Arbitration Procedures.** You and Nordstrom agree that the arbitration will be administered by the American Arbitration Association ("AAA") and conducted in accordance with the applicable AAA rules ("AAA Rules") as modified by this arbitration agreement. If the AAA is unavailable or unwilling to administer arbitrations consistent with this arbitration agreement, another arbitration provider shall be selected by the parties that will administer arbitrations consistent with this arbitration agreement. If the parties cannot agree on a provider, they shall petition a court of competent jurisdiction to appoint an arbitration provider that will do so.

The party seeking to initiate arbitration must provide the other party with the demand for arbitration as specified in the AAA Rules and this arbitration agreement. An arbitration demand must include all of the information required to be provided in the notice above. When initiating arbitration, you shall personally certify to Nordstrom and to the AAA that you are a party to this arbitration provision and provide a copy or link to it. To begin an arbitration proceeding, you or Nordstrom must send a personally signed demand for arbitration that describes (a) the nature and basis of the claims, and (b) the nature and basis of the relief sought, including a detailed calculation for such relief. The demand for arbitration must be personally signed by the party initiating arbitration (and their counsel, if represented). By signing the demand for arbitration, a party (and their counsel, if represented) certifies that they have complied with (a) the Process referenced above and (b) all of the requirements of Federal Rule of Civil Procedure 11(b), including that the claims and relief sought are neither frivolous nor brought for an improper purpose. The arbitrator is authorized to award any relief or impose any sanctions available under Federal Rule of Civil Procedure 11 or applicable federal or state law against all represented parties and counsel as a court would. If you are initiating arbitration, you shall serve the demand for arbitration on Nordstrom via mail to Nordstrom, Inc., Attn: General Counsel and Corporate Secretary, 1617 6th Avenue, Seattle, WA

98101. If Nordstrom is initiating arbitration, we shall serve the demand for arbitration on you at the most recent address we have on file for you. The party initiating arbitration must follow the appropriate procedures with the AAA to commence the arbitration, which are available at www.adr.org or by contacting the AAA.

The arbitration shall be heard by a single, neutral arbitrator. The party initiating arbitration may choose to have the arbitration conducted by a phone, video, or in-person hearing, or solely through written submissions, except the respondent in any arbitration where the claimant is seeking $10,000 or more or injunctive relief shall have the right to elect a hearing. You and we reserve the right to request a hearing in any matter from the arbitrator. You and a Nordstrom representative will personally appear at any hearing (with counsel, if represented). Any in-person hearing will be held in the county or parish in which you reside or at another mutually reasonably convenient location. An arbitrator may award on an individual basis any relief that would be available in a court, including injunctive or declaratory relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. **To the fullest extent permitted by applicable law, you and we agree that each may bring claims against the other only in your or our individual capacity and not as a plaintiff or class member in any purported class, collective, consolidated, private attorney general, or representative proceeding. Further, unless both you and we agree otherwise, an arbitrator may not consolidate more than one person's claims and may not otherwise preside over any form of class, collective, consolidated, private attorney general, or representative proceeding. An arbitrator is empowered to follow and enforce these Terms as a court would. If, after exhaustion of all appeals, any of these prohibitions on non-individualized injunctive or declaratory relief and class, collective, consolidated, private attorney general, or representative proceedings are found to be unenforceable with respect to a particular claim or request for relief (such as a request for public injunctive relief), then such a claim or request for relief will be decided by a court of competent jurisdiction, after all other claims and requests for relief are arbitrated.**

The arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions. The arbitrator shall apply the cost-shifting provisions of Federal Rule of Civil Procedure 68 after entry of an award. Judgment on any arbitration award may be entered in a court of competent jurisdiction, except an award that has been fully satisfied may not be entered. An award shall have no preclusive effect in any other arbitration or proceeding in which you are not a named party.

- **Arbitration Costs.** Payment of all filing, administration and arbitrator fees will be governed by the AAA Rules. You and we agree that the parties have a shared interest in reducing the costs and increasing the efficiencies associated with arbitration. You and we agree that the parties (and counsel, if represented) will work together in good faith to ensure that arbitration remains cost-effective for all parties. The parties shall be responsible for their own attorneys' fees and costs in arbitration, unless they are authorized by law or the arbitrator determines that a claim was frivolous or brought for an improper purpose.

- **Additional Procedures for Mass Arbitrations.** You and we agree that these Additional Procedures for Mass Arbitrations (in addition to the other provisions of this arbitration provision and the applicable AAA Rules) shall apply if you choose to bring your Dispute as part of a Mass Arbitration (defined below). If twenty five (25) or more similar Disputes (including yours) are asserted against Nordstrom by the same or coordinated counsel or are otherwise coordinated ("Mass Arbitration"), you understand and agree that these Additional Procedures for Mass Arbitrations will apply and that they are designed to (a) lead to the streamlined and cost-effective resolution of claims; (b) ensure that large volume filings do not impose unnecessary burdens or impediments to the resolution and cost-effective adjudication of similar claims; and (c) preserve the integrity of the arbitration process. You also understand and agree that by choosing to bring your Dispute as a part of a Mass Arbitration that the resolution of your Dispute might be delayed and ultimately proceed in court and not in arbitration. The parties agree that as part of these procedures, their counsel shall meet and confer in good faith in an effort to resolve the Disputes, streamline procedures, address the exchange of information, modify the number of Disputes to be adjudicated, and conserve the parties' and the AAA's resources.

If you choose to bring your Dispute as part of a Mass Arbitration, any applicable limitations periods (including statutes of limitations) shall be tolled for your Dispute from the time that your Dispute is first submitted to the AAA until your Dispute is selected to proceed as part of a staged process or is settled, withdrawn, otherwise resolved, or opted out of arbitration pursuant to this provision.

STAGE ONE: If at least one hundred (100) Disputes are submitted as part of the Mass Arbitration, counsel for the claimants and counsel for Nordstrom shall each select 50 Disputes to be filed and to proceed as cases in individual arbitrations as part of this initial staged process. The number of Disputes to be selected to proceed in Stage One may be increased by agreement of counsel for the parties (and if there are fewer than 100 Disputes, all shall proceed individually in Stage One). Each of the 100 (or fewer) cases shall be assigned to a different arbitrator and proceed individually. If a case is withdrawn before the issuance of an arbitration award, another claim shall be selected to proceed as part of Stage One. The remaining Disputes shall not be filed or deemed filed in arbitration nor shall any arbitration fees be assessed or collected in connection with those claims. After this initial set of proceedings, counsel for the parties shall participate in a global mediation session with a retired federal or state court judge jointly selected by counsel in an effort to resolve the remaining Disputes, and Nordstrom shall pay the mediator's fee.

STAGE TWO: If the remaining Disputes have not been resolved at the conclusion of Stage One, counsel for the claimants and counsel for Nordstrom shall each select 100 Disputes per side to be filed and to proceed as cases in individual arbitrations as part of a second staged process. The number of Disputes to be selected to proceed as part of this second staged process can be increased by agreement of counsel for the parties (and if there are fewer than 200 Disputes, all shall proceed individually in Stage Two). No more than five cases may be assigned to a single arbitrator to proceed individually. If a case is withdrawn before the issuance of an arbitration award, another claim shall be selected to proceed as part of Stage Two. The remaining Disputes shall not be filed or deemed filed in arbitration nor shall any arbitration fees be assessed or collected in connection with those claims. After this second set of staged proceedings, the parties shall engage in a global mediation session of all remaining Disputes with a retired federal or state court judge jointly selected by counsel in an effort to resolve the remaining Disputes, and Nordstrom shall pay the mediator's fee.

**Upon the completion of the mediation set forth in Stage Two (and assuming counsel for the parties do not jointly agree to continue engagement through further mediation or otherwise), each remaining Dispute (if any) that is not settled or not withdrawn shall be opted out of arbitration and may proceed in a court of competent jurisdiction consistent with the remainder of the Terms.** Notwithstanding the foregoing, counsel for the parties may mutually agree in writing to proceed with the adjudication of some or all of the remaining Disputes in individual arbitrations consistent with the process set forth in Stage Two (except Disputes shall be randomly selected and mediation shall be elective by agreement of counsel) or through another mutually agreeable process. A court of competent jurisdiction shall have the authority to enforce the Additional Procedures for Mass Arbitrations, including the power to enjoin the filing or prosecution of arbitrations and the assessment or collection of arbitration fees. **The Additional Procedures for Mass Arbitrations and each of its requirements are essential parts of this arbitration agreement. If, after exhaustion of all appeals, a court of competent jurisdiction decides that the Additional Procedures for Mass Arbitrations apply to your Dispute and are not enforceable, then your Dispute shall not proceed in arbitration and shall only proceed in a court of competent jurisdiction consistent with the remainder of the Terms.**

- **Future Changes to Dispute Resolution Section.** Notwithstanding any provision to the contrary, you and we agree that if Nordstrom makes any future changes to this arbitration agreement (other than a change to the mailing or email address), you may reject any such change by sending us written notice personally signed by you within thirty (30) days of the change to Nordstrom, Inc., Attn: General Counsel and Corporate Secretary, 1617 6th Avenue, Seattle, WA 98101. The written notice must include the following information: (a) your name, address, phone number, and email address and (b) a statement that you wish to opt out of changes to the arbitration agreement. Such written notice does not constitute an opt out of arbitration altogether. By rejecting any future change to the arbitration agreement, you are agreeing that you will arbitrate any Dispute between us in accordance with the language of this version of the arbitration agreement.

**Class Action Waiver**

**You and Nordstrom each agree that any proceeding, whether in arbitration or in court, shall be conducted only on an individual basis and not in a class, collective, consolidated, private attorney general, or representative action. You and we agree to waive any right to bring or to participate in such an action in arbitration or in court to the fullest extent permitted by applicable law. Notwithstanding the foregoing, the parties retain the right to participate in a class-wide settlement.**

**Jury Trial Waiver**

**To the fullest extent permitted by applicable law, you and Nordstrom waive the right to a jury trial.**

**17. Applicable Law & Venue**
The law applicable to the interpretation and construction of these Terms and any transaction (including purchases made on this Site) using or related to the Site, shall be the Federal Arbitration Act, applicable federal laws, and the laws of the State of Washington, USA, without regard to principles of conflict of laws, but subject to the Federal Arbitration Act and other federal arbitration law as set forth above. You agree that all matters relating to your access to or Use of the Site, including all disputes and claims, will be governed by the laws of the United States and by the laws of the State of Washington.

Unless you and Nordstrom agree otherwise, to the fullest extent permitted by law, the state and federal courts in Seattle, Washington, will have exclusive jurisdiction over any disputes and claims (except for those brought in small claims court) that are not subject to arbitration or over any action involving the applicability or enforceability of the Terms, including the Dispute Resolution Section or any of its provisions. You and Nordstrom consent to the jurisdiction of those courts and waive any objections as to personal jurisdiction or as to the laying of venue in such courts due to inconvenient forum or any other basis or any right to seek to transfer or change venue of any such action to another court.

**18. Links to Other Websites & Services**
This Site may include links to other websites maintained by third parties ("**Linked Sites**"). Nordstrom provides Linked Sites to you solely as a convenience, and the inclusion of Linked Sites does not imply endorsement by Nordstrom of the Linked Sites. You access Linked Sites at your own risk and by accessing them you leave the Nordstrom Site. Linked Sites are not under the control of Nordstrom and Nordstrom is not responsible for the contents of any Linked Site.

**19. Google Maps Privacy & Terms of Service**
Your use of mapping available on this Site is governed by the Google Maps Terms of Service and Google Privacy Policy. Google reserves the right to change the Google Terms of Service and Privacy Policy at any time, at their sole discretion. For additional information, please see Google Maps Terms of Service and Google Privacy Policy.

**20. Termination**
These Terms constitute an agreement that is effective unless and until terminated by Nordstrom. Nordstrom may, at its sole discretion, terminate these Terms or your Account on the Site, or suspend or terminate your access to the Site, at any time for any reason or no reason, with or without notice. You may terminate your Account at any time by contacting Nordstrom customer service. If in Nordstrom's sole discretion you fail to comply with any term or provision of these Terms, Nordstrom may terminate your Account and deny you access to the Site. In the event of denial of access by Nordstrom, you are no longer authorized to access the Site. Upon termination of these Terms: (a) you must immediately cease Use of the Site; (b) you will no longer be authorized to access your Account or the Site; and (c) the following Sections will survive termination: Sections 8, 10, 11, 15, 16, 17, 21, and all other provisions of these Terms which are by their nature intended to survive termination.

**21. Additional Terms, Modification & Severability, Miscellaneous**
Please review our other terms and policies posted on the Site, including the Privacy Policy ("**Additional Terms**"). The Additional Terms also govern your Use of the Site and are incorporated by reference into, and made a part of, these Terms. These Terms constitute the entire agreement between you and Nordstrom relating to the subject matter addressed herein.

We reserve the right to modify, suspend, or discontinue the Site and any service, content, features, or products offered through the Site at any time, without notice to you. We will have no liability to you or any third party for modification, suspension, or discontinuance of the Site, or any service, content, feature, or product offered through the Site.

We reserve the right to make changes to these Terms at any time, and such changes will be effective immediately upon being posted on the Site. Each time you Use the Site, you should review the current Terms. Your continued Use of the Site will constitute your acceptance of the current Terms.

If any part of these Terms is held to be invalid or unenforceable, the unenforceable part will be given effect to the greatest extent possible, and the remaining parts will remain in full force and effect.

Under no circumstances will we be held liable for any delay or failure in performance due in whole or in part to any acts of nature or other causes beyond our reasonable control. The failure by us to enforce any right or provision of these Terms will not prevent us from enforcing such right or provision in the future.

You may not assign or transfer these Terms or your rights under these Terms, in whole or in part, by operation of law or otherwise, without our prior written consent. We may assign the Terms and our rights and obligations under these Terms, including in connection with a merger, acquisition, sale of assets or equity, or by operation of law. You agree that communications and transactions between us may be conducted electronically.

### 22. Stolen Merchandise Policy

Federal and state law prohibits the sale or offer for sale of stolen merchandise. Accounts of sellers who knowingly offer stolen goods are subject to suspension or termination.

If you have reason to believe that someone is selling stolen merchandise on Nordstrom Marketplace, please notify us at MarketplaceComplianceEscalations@nordstrom.com.

We will investigate your claim and take appropriate action, which may include reporting the issue to law enforcement and suspending or terminating the account of the seller.

If you are a representative of law enforcement and have information about the listing or sale of potentially stolen goods, please contact us at MarketplaceComplianceEscalations@nordstrom.com.



**Up to 60% Off Select Styles**

Through November 28.

Sale   **Black Friday Deals**



**Make Room for Shoes: UGG**

That warm, fuzzy feeling? Unmistakably UGG. Shop cold-weather essentials and giftable styles for the whole family, including select exclusives.

UGG Shoes   **Explore the Story**



**Designer Savings Have Arrived**

Get up to 40% off designer clothing, shoes, handbags and accessories from Burberry, Givenchy, Versace and more.

Designer Sale

**The B**

From stoc
mic dropp
everyone

All Holi

**Get Email Updates:**

Email Address

Sign up

**Customer Service**

Contact Us

Order Status

Shipping

Return Policy & Exchanges

Price Adjustments

Gift Cards

FAQ

Product Recalls

United States

**About Us**

All Brands

Careers

Our Impact

People & Culture

Get Email Updates

Nordy Podcast

**Stores & Services**

Find a Store

Free Style Help

Alterations & Tailoring

SkinSpirit Clinic | Spa Nordstrom

Nordstrom Restaurants

Nordstrom Local

**Nordstrom Card & Rewards**

The Nordy Club Rewards

Apply for a Nordstrom Card

Pay My Bill

Manage My Nordstrom Card

**Nordstrom, Inc.**

Nordstrom Rack

Investor Relations

Press Releases

Nordstrom Media Network

Download Our App

Top

Privacy    Your Privacy Options    Terms & Conditions    California Supply Chains Act    ©2025 Nordstrom, Inc.

# EXHIBIT 2

**Black Friday Deals are here!** Up to 60% off select styles through November 28. <u>Sale</u>

# NORDSTROM

🔍 Search for products or brands

👤 Sign In ▼        Your Store
                   The Grove ▼            🛍 0

Black Friday Deals  🎁  Holiday Gifts  New  Women  Men  Beauty  Shoes  Accessories  Kids  Designer  Home  Explore

## Sign In | Create Account

Enter your email to get started.

**Email**

By selecting **Next**, you agree to our Privacy Policy and Terms & Conditions.

[ **Next** ]

[ ‹ ]  [ › ]



## Up to 60% Off Select Styles

Through November 28.

[ Sale ]



# EXHIBIT 3

NORDSTROM   Secure Checkout

# Review Order

Edit Shopping Bag

## 🚚 Shipping

**Arrives Fri, Nov 28–Wed, Dec 3**
Free—exclusions apply

## Shipping address

Edit

## 🎁 Gift options

Does your order include a gift?

Choose gift options

## Contact info

Edit

# Order summary

| | |
|---|---|
| Your items | $89.99 |
| Shipping | Free |
| Estimated tax | $6.30 |

**Estimated total**   **$96.29**

By placing this order, you agree to our Privacy Policy, Shipping Policy and Terms & Conditions.

🚚 Shipping to

**Place Order**

Checkout is secure and encrypted. ⓘ

Have a question? Call 1.888.282.6060 or chat with us

## 🤍 Nordstrom Cares

Join us in supporting Operation Warm, a nonprofit dedicated to providing brand-new, high-quality coats to children across North America, ensuring they can enjoy the outdoors this winter. Every dollar of your contribution directly supports a child in need.

☐ **Donate $1.00**          ☐ **Donate $5.00**

☐ **Donate $15.00**        ☐ **Donate $25.00**