# EXHIBIT B

Docusign Envelope ID: E4EA8F91-8EB6-461A-9AB2-BD1A8D49E2CC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24667-CIV-RUIZ

REBECCA RAPPS, individually
and all others similarly situated,

      Plaintiff,

v.

NORDSTROM, INC.,

      Defendant.

_____/

## **DECLARATION OF TOM SAVAGE**

I, Tom Savage, declare as follows:

1.     I am a Senior Systems Analyst at Nordstrom Inc. ("Nordstrom") and have held this position since June 2018. I have been employed at Nordstrom since August 2005. As part of my role, I have first-hand knowledge with Nordstrom's maintenance of customer purchase records.

2.     The facts set forth in this Declaration are based on my personal knowledge, experience, and my review of business records that were created and maintained in the ordinary course of Nordstrom's business. If called as a witness, I could and would testify competently as to such facts under oath.

3.     Nordstrom is a fashion retail store that sells clothing, shoes, accessories, and other goods, both through physical stores and its website, https://www.nordstrom.com/ (the "Website").

4.     Nordstrom maintains data related to customers who sign in to their accounts for Nordy Club—Nordstrom's loyalty program—on the Website, their status and date of enrollment in Nordy Club, and purchases they have made on the Website or in-store. I have reviewed

Docusign Envelope ID: E4EA8F91-8EB6-461A-9AB2-BD1A8D49E2CC

Nordstrom's data and confirmed that such data is available for Rebecca Rapps, including each time she signed in to her Nordy Club account on the Website, and each purchase she has made on the Website.

5.  Ms. Rapps enrolled as a member of the Nordy Club on July 10, 2016, and is still currently a member. Over the past nine years, Ms. Rapps has made dozens of purchases at Nordstrom, both in-store and on the Website.  In the past year, Ms. Rapps made purchases from the Website on December 30, 2024, September 30, 2025, and October 8, 2025. Nordstrom's data further reflects that, before making each of those purchases, Ms. Rapps first signed in to her Nordy Club account on the Website. Ms. Rapps also made in-store purchases at Nordstrom on March 16, 2025 and August 20, 2025, and made each such purchase as a Nordy Club member.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of November, 2025, at Seattle, Washington.

Signed by:

*Tom Savage*

C998E7F1EEE14B9...

Tom Savage