IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| REBECCA RAPPS, individually and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC. d/b/a NORDSTROM and NORDSTROM RACK,<br><br>Defendant. | Case No.: 25-24667-CIV-RUIZ |

## DECLARATION OF REBECCA RAPPS

I, Rebecca Rapps, declare as follows:

1. I am the Plaintiff in this action. I make this declaration on my own personal knowledge and would testify competently to the matters stated herein.

2. The purchase that is the subject of my complaint was made at the Nordstrom Rack brick-and-mortar store located at 20669 Biscayne Boulevard, Miami, Florida.

3. I did not submit to any Terms and Conditions relating to Nordstrom Rack in-store purchases or agree to any arbitrate any dispute arising out of such in-store transactions.

1

4. When I made separate purchases online at Nordstrom.com, or accessed my Nordstrom.com online account, I did not believe or understand that I was allegedly agreeing to Terms and Conditions for unrelated brick-and-mortar store purchases or agreeing to arbitrate any dispute arising from such unrelated purchases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __9__th day of December, 2025, at Miami, Florida.

_____
Rebecca Rapps